# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**F I L E D**
August 19, 2005

Charles R. Fulbruge III
Clerk

No. 04-11443
Summary Calendar

D.C. Docket No. 4:04-CR-90-ALL

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

TERRY ANDREW NELSON

       Defendant - Appellant



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 1 8 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the sentence imposed by the District Court is affirmed.

ISSUED AS MANDATE:   **OCT 0 5 2005**

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _Rhonda Parker_
Deputy
New Orleans, Louisiana

OCT 0 5 2005

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

CHARLES R. FULBRUGE III
CLERK

**TEMP. U.S.P.S. ADDRESS: P.O. BOX 610160
HOUSTON, TX 77208
COMMERCIAL DELIVERY: ROOM 1216, 515 RUSK ST.
HOUSTON, TX 77002**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

October 5, 2005

Ms Karen S Mitchell, Clerk
Northern District of Texas, Fort Worth
United States District Court
501 W 10th Street
202 US Courthouse
Fort Worth, TX 76102

RECEIVED
OCT 18 2005
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

No. 04-11443 USA v. Nelson
USDC No. 4:04-CR-90-ALL

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Rhonda F. Parker
Rhonda F. Parker, Deputy Clerk
713-250-5440

cc: (letter only)
Honorable John H McBryde
Mr John Davidson Nation
Ms Nancy E Larson

MDT-1