IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 4:04-CR-090-A |
| v. | |
| TERRY ANDREW NELSON | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    ____ Crime of violence (18 U.S.C. §3156);

    ____ Maximum sentence life imprisonment or death

    ____ 10 + year drug offense

    ____ Felony, with two prior convictions in above categories

    ____ Serious risk defendant will flee

    ____ Serious risk obstruction of justice

    __X__ Felony involving a minor victim

    ____ Felony involving a firearm, destructive device, or any other dangerous weapon

    ____ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no

**Motion for Detention - Page 1**

conditions of release which will reasonably assure (check one or both):

  \_\_\_\_ Defendant's appearance as required

  _X_ Safety of any other person and the community

 3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because :

  \_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

  \_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

  \_\_\_\_ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

  \_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

 4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

  \_\_\_\_ At first appearance

  _X_ After continuance of _3_ days (not more than 3).

**Motion for Detention - Page 2**

DATED this 14th day of May, 2014.

        Respectfully submitted,

        SARAH R. SALDAÑA
        UNITED STATES ATTORNEY

        s/Christopher Stokes
        Christopher Stokes
        Assistant United States Attorney
        Bar No.19267600
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone: 214-659-8600
        Facsimile: 214-659-8812
        Email: Christopher Stokes

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this 14th day of May, 2014.

        s/Christopher Stokes
        Christopher Stokes
        Assistant United States Attorney