# United States District Court
## Northern District of Texas
### Ft. Worth Division

UNITED STATES OF AMERICA

V.

TERRY ANDREW NELSON

CASE NUMBER: 4:04-CR-090-A

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

TERRY ANDREW NELSON

ADDRESS (STREET, CITY, STATE):

| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| Northern District of Texas, Fort Worth Division | November 12, 2004 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

Magistrate Judge, USDC, Northern District of Texas, Fort Worth Division, Fort Worth, Texas 76102

_Karen Mitchell_
Karen Mitchell, U.S. District Court Clerk

Fleather Arnold
(By) Deputy Clerk

May 7, 2014
Date

---

## RETURN

Warrant received and executed.

Date Received: 5/13/14

Date Executed: 5/14/14

Executing Agency (Name and Address): US Marshals Service 1100 Commerce St

Name: _[signature]_ (By) _[signature]_ Date: 5/14/2014

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 MAY 20 AM 10: 55

CLERK OF COURT