U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 2 0 2014

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:04-CR-090-A |
| | § | |
| TERRY ANDREW NELSON | § | |

## ORDER

In connection with the above captioned and styled cause in which the United States seeks to have the supervised release of the defendant Terry Andrew Nelson revoked for allegedly having violated his conditions, the defendant was taken into custody and appeared before the undersigned on this date. The court advised the defendant of his rights and found that the defendant was eligible for appointment of counsel and appointed counsel.

Based upon the evidence presented, the court found that probable cause exists to show that the defendant has violated conditions of release, however, the Court finds that the defendant is not a risk of flight nor a danger to any other person or to the community, and therefore he should be released on the same conditions of release previously set pending his revocation hearing.

Accordingly, defendant Terry Andrew Nelson is ordered released pending a revocation hearing to be held Thursday, May 29, 2014 at 2:00 p.m. before the Honorable John McBryde in the 4th Floor Courtroom, Eldon B. Mahon U.S. Courthouse, Fort Worth, Texas.

SIGNED: May 20, 2014

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE